

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,798-01

### EX PARTE GONZALO NUNCIO GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2018-2123-C1A IN THE 19TH DISTRICT COURT FROM MCLENNAN COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to one count of assault against a public servant and one count of possession of a controlled substance, and was sentenced to five years' imprisonment for each count, to run concurrently. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On May 21, 2021, the trial court entered an order designating issues. The district clerk prematurely forwarded this application to this Court before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: July 28, 2021
Do not publish